**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| KALIL FRESH MARKETING, INC., | § | Case No. H-08-2368 |
| d/b/a Houston's Finest Produce Co., | § | |
| | § | |
| Debtor. | § | |
| | § | Bankruptcy Case No. 08-30350 |
| | § | |

## ORDER

In accordance with the bankruptcy court's recommendation, the reference is withdrawn. A status conference is set for **August 21, 2008, at 9:30 a.m.**, in Courtroom 11-B. Counsel should come prepared to propose a scheduling and docket control order.

SIGNED on July 31, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge